ANNA UNGER, Appellant, v. FURMAN HOLDING CORP., Defendant, Respondent, by Way of Original Summons and PROSPECT PAPER BOX CO., INC., Impleaded Defendant, Respondent, by Way of Supplemental Summons.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No

opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.